ORIGINAL
FILED IN CHAMBERS

MAY 16 2006

U.S. MAGISTRATE JUDGE
N.D. GEORGIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1 06-CR-230 |
| KENNETH E. HILBISH, | : | |
| Defendant. | : | |

THE GRAND JURY CHARGES THAT:

1. At all times material to this Indictment, Local Number 528, of the International Brotherhood of Teamsters (IBT), 2540 Lakewood Avenue, SW, Atlanta, Georgia, hereinafter referred to a Local 528, was a labor organization engaged in an industry affecting commerce within the meaning Title 29, United States Code, Sections 402(i) and 402(j).

2. At all times material to this Indictment, defendant KENNETH E. HILBISH was an officer as that term is defined in Title 29, United States Code, Section 402(n) that is, President of Local 528. He was also directly employed by Local 528.

3. From on or about July 1, 2001, and continuing through on or about December 31, 2002, in the Northern District of Georgia, the defendant, KENNETH E. HILBISH, aided and abetted by others, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property and other

assets of Local 528 in the approximate amount of $21,305.00, said sum constituting unauthorized expense payments on behalf of the defendant and others, all in violation of Title 29, United States Code, Section 501(c) and Title 18, United States Code, Section 2.

A _____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

DAVID M. LETA
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 447931